# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, *et al*., | |
| Plaintiffs, | Case No. 2:11-CV-00746-KJD-PAL |
| v. | **ORDER** |
| B&B EQUITIES GROUP, LLC, *et al*., | |
| Defendants. | |

Presently before the Court are Defendant Angelo Diaz Gonzalez's Motion to Extend Time to Answer the Complaint (#13) and Defendant Gloria Diaz Rivera's Motion to Extend Time to Answer the Complaint (#14). Though the time for doing so has passed, no response in opposition has been filed. Therefore, good cause being found, and in accordance with Local Rule 7-2(d), the Court grants Defendants' Motions (#13/14). Defendants' Answers shall be filed no later than August 15, 2011.

**IT IS SO ORDERED**.

DATED this 7th day of July 2011.

_____
Kent J. Dawson
United States District Judge