**CHRISTENSEN JAMES & MARTIN**
KEVIN B. CHRISTENSEN, ESQ.
Nevada Bar No. 000175
Email: kbc@cjmlv.com
WESLEY J. SMITH, ESQ.
Nevada Bar No. 11871
Email: wes@cjmlv.com
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| EDWIN B. CARTON, an individual; LONNIE C. CARTON, an individual, *et al.*, | CASE NO.: 2:11-cv-00746-RCJ-PAL |
| Plaintiffs, | **ORDER GRANTING MOTION TO ENLARGE TIME FOR FILING PROPOSED DISCOVERY PLAN AND SCHEDULING ORDER** |
| vs. | |
| B & B EQUITIES GROUP, LLC, *et al.*, | Date: N/A<br>Time: N/A |
| Defendants. | |

The Court, having considered Plaintiffs' Motion to Enlarge Time for Filing of Proposed Discovery Plan and Scheduling Order ("Motion"), together with Points and Authorities, and Good Cause Appearing therefore,

///
///
///
///
///
///
///
///

1  IT IS HEREBY ORDERED. that the parties shall file a Proposed Discovery Plan and
2  Scheduling Order on or before September 30, 2011.

4  DATED and DONE this  2nd  day of  August           , 2011.

_____
UNITED STATES MAGISTRATE JUDGE

10 Submitted By:

11 CHRISTENSEN JAMES & MARTIN

12 By:  /s/ Wesley J. Smith
Wesley J. Smith, Esq.
13 *Attorneys for Plaintiffs*