WILLIAM R. URGA
Nevada Bar No. 1195
fedct@juww.com
JOLLEY URGA WIRTH
 WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile

ROGER B. COWIE (Admitted *Pro Hac Vice*)
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 7501
(214) 740-8614 Telephone
(214) 740-8800 Facsimile

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> B&B EQUITIES GROUP, LLC, *et al.*, <br><br> Defendants. | Case No. 2:11-cv-00746 <br><br> **JOINT MOTION OF PLAINTIFFS AND AMERICO TO DISMISS SETTLED CLAIMS RELATED TO THE DIAZ POLICY AND TO SEVER THE DISMISSED CLAIMS** |

### JOINT MOTION OF PLAINTIFFS AND AMERICO TO DISMISS SETTLED CLAIMS RELATED TO THE DIAZ POLICY AND TO SEVER DISMISSED CLAIMS

Plaintiffs and defendant Americo Financial Life and Annuity Insurance Company ("Americo") file this joint motion to dismiss settled claims related to the Diaz policy and to sever the dismissed claims as follows:

I.

Plaintiffs have asserted numerous claims against numerous defendants related to Plaintiffs' investments in several life insurance policies. One of the policies was issued by defendant Americo insuring the life of defendant Gloria Diaz Rivera (the "Diaz Policy").

**II.**

Americo has filed counterclaims, cross-claims, and third-party claims against several persons who have asserted, or who Americo expects may assert, claims related to the Diaz Policy.

**III.**

In response to Americo's claims, cross-defendant Global Equity Preservation, Inc. and third-party defendant Barbara Eberle have executed disclaimers of interest in the Diaz Policy, copies of which are attached hereto collectively as Exhibit 1.

**IV.**

Plaintiffs, Americo, and the remaining cross-defendants and third-party defendants who claim an interest in the Diaz Policy have reached a settlement that provides for, among other things, an agreed rescission of the Diaz Policy and a dismissal of the settled claims related to the Diaz Policy.

**V.**

Pursuant to the terms of the settlement agreement, and based on the disclaimers of interest executed by Barbara Eberle and Global Equity Preservation, Inc., Plaintiffs and Americo request that the Court:

1. Declare that the Diaz Policy is rescinded *ab initio* pursuant to the parties' settlement agreement.

2. Dismiss with prejudice all claims asserted by Plaintiffs against the following parties, but without prejudice to any unasserted claims that have not been released in the parties' settlement agreement:

   a. Americo

   b. Gloria Diaz Rivera

   c. The Gloria Diaz Rivera Irrevocable Life Insurance Trust

   d. Angelo Diaz Gonzalez

3. Dismiss with prejudice all claims asserted by Americo against the following parties, but without prejudice to any unasserted claims that have not been released in the parties' settlement agreement:

   a. Edwin and Lonnie Carton

   b. Gloria Diaz Rivera

   c. The Gloria Diaz Rivera Irrevocable Life Insurance Trust

   d. Gil A. Diaz, individually and on behalf of the Diaz Target Benefit Pension Plan Trust

   e. Julio A. Gonzalez, individually and on behalf of the Dr. Julio Gonzalez Medical Office Target Benefit Pension Plan Trust

   f. Juan Ramon Rivera Cordero

   g. JRC Group Corp.

   h. Gloria Diaz, LLC

   i. Gloria Diaz II, LLC

   j. Gloria Diaz III, LLC

4. Dismiss without prejudice all claims by Americo against Barbara Eberle and Global Equities Preservation, Inc.

5. Tax all costs of court for the dismissed claims against the parties incurring same.

6. Sever the dismissed claims from the remaining claims in this action so that the dismissal order shall be a final judgment with respect to the dismissed claims.

V.

A proposed order granting the requested relief is being submitted concurrently herewith.

Respectfully submitted:

/s/ Wesley J. Smith
Wesley J. Smith
Nevada Bar No. 000175
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Avenue
Las Vegas, Nevada 89117
Telephone: (702) 255-1718
Facsimile: (702) 255-0871

**ATTORNEYS FOR PLAINTIFFS**

/s/ William R. Urga
William R. Urga
Nevada Bar No. 1195
JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Pkwy., #1600
Las Vegas, Nevada 89169
Telephone: (702) 699-7500
Facsimile: (702) 699-7555

ROGER B. COWIE (Admitted *Pro Hac Vice*)
LOCKE LORD BISSELL & LIDDELL LLP
2200 Ross Avenue, Suite 2200
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile: (214) 740-8800

**ATTORNEYS FOR AMERICO FINANCIAL LIFE AND ANNUITY INSURANCE COMPANY**

## CERTIFICATE OF SERVICE

This will hereby certify that I am employed in the County of Clark, State of Nevada, am over the age of 18 years, and not a party to this action. My business address is that of Jolley Urga Wirth Woodbury & Standish, 3800 Howard Hughes Parkway, Suite 1600, Las Vegas, Nevada 89169.

This is to certify that on this day, I electronically filed the **JOINT MOTION OF PLAINTIFFS AND AMERICO TO DISMISS SETTLED CLAIMS RELATED TO THE DIAZ POLICY AND TO SEVER THE DISMISSED CLAIMS** (with proposed agreed order) with the Clerk of Court using the CM/ECF system, which will cause the documents to be electronically served upon the following counsel of record:

Kevin B. Christensen, Esq.
Wesley J. Smith, Esq.
CHRISTENSEN JAMES & MARTIN
7440 W. Sahara Avenue
Las Vegas, Nevada 89117

Charles H. McCrea, Jr., Esq.
LIONEL SAWYER & COLLINS
300 S. Fourth Street
Longford East, Building 13
Las Vegas, Nevada 89101

David T. McDowell, Esq.
Jessica L. Wilson, Esq.
EDISON MCDOWELL & HETHERINGTON, LLP
3200 Southwest Freeway
Houston, Texas 77027

Additionally I served these documents upon the following via First Class Mail:

Robert L. Eberle
365 W. Macedonia Church Road
Oxford, GA  30054

Bruce S. Plotnick
37 Lohnes Road
Framingham, MA  01701

Gloria Diaz Rivera
Gloria Diaz Rivera Irrevocable Life Insurance Trust
Urb Villa Granada
#909 Calle Alameda
San Juan, PR  00923

Estate Planning Solution Network
37 Lohnes Road
Framingham, MA  01701

Angelo Diaz Gonzales
PMB 340, Suite 67
35 Calle Juan C. Borbon
Guaynabo, PR  00969

Robert L. Koppel
Steve W. Koppel
Pro Financial Group, Inc.
5073 Frontier Lane
Roseville, CA  95747

B&B Equity Group, LLC
Global Equity Preservation, Inc.
Eagle Investment Corporation of America
Pro Fi Group, Inc.
777 Rainbow Blvd., Suite 250
Las Vegas, NV 89107

Eduardo J. Mayoral Garcia
Mayoral Garcia Law Offices, PSC
PMB 157
P.O. Box 194000
San Juan, PR 00919-4000
*Attorneys for Angelo Diaz Gonzalez*

I certify under penalty of perjury that the foregoing is true and correct, and that this Certificate of Service was executed by me on December 23, 2011, at Las Vegas, Nevada.

/s/ William R. Urga
William R. Urga