WILLIAM R. URGA
Nevada Bar No. 1195
fedct@juww.com

JOLLEY URGA WIRTH
  WOODBURY & STANDISH
3800 Howard Hughes Parkway, Suite 1600
Las Vegas, Nevada 89169
(702) 699-7500 Telephone
(702) 699-7555 Facsimile

ROGER B. COWIE (Admitted *Pro Hac Vice*)
LOCKE LORD BISSELL & LIDDELL, LLP
2200 Ross Avenue, Suite 2200
Dallas, TX 7501
(214) 740-8614 Telephone
(214) 740-8800 Facsimile

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> B&B EQUITIES GROUP, LLC, *et al.*, <br><br> Defendants. | Case No.  2:11-cv-00746 <br><br> **AGREED ORDER OF DISMISSAL AND SEVERANCE RELATED TO DIAZ POLICY** |

### AGREED ORDER OF DISMISSAL
### AND SEVERANCE RELATED TO DIAZ POLICY

The Court, having considered the joint motion of Plaintiffs and Defendant Americo Financial Life and Annuity Insurance Company ("Americo") to dismiss all settled claims related to the Diaz policy and to the sever dismissed claims, is of the opinion that the motion should be GRANTED.

Accordingly, it is ORDERED, ADJUDGED, AND DECREED as follows:

1. Americo life insurance policy W0114785 insuring the life of Gloria Diaz Rivera (the "Diaz Policy") is rescinded *ab initio* pursuant to the parties' settlement agreement.

2. All claims asserted by Plaintiffs against the following parties are dismissed with prejudice pursuant to the parties' settlement agreement, but without prejudice to

any unasserted claims that have not been released in the parties' settlement agreement:

    a.    Americo

    b.    Gloria Diaz Rivera

    c.    The Gloria Diaz Rivera Irrevocable Life Insurance Trust

    d.    Angelo Diaz Gonzalez

3. All claims asserted by Americo against the following parties are dismissed with prejudice pursuant to the parties' settlement agreement, but without prejudice to any unasserted claims that have not been released in the parties' settlement agreement:

    a.    Edwin and Lonnie Carton

    b.    Gloria Diaz Rivera

    c.    The Gloria Diaz Rivera Irrevocable Life Insurance Trust

    d.    Gil A. Diaz, individually and on behalf of the Diaz Target Benefit Pension Plan Trust

    e.    Julio A. Gonzalez, individually and on behalf of the Dr. Julio Gonzalez Medical Office Target Benefit Pension Plan Trust

    f.    Juan Ramon Rivera Cordero

    g.    JRC Group Corp.

    h.    Gloria Diaz, LLC

    i.    Gloria Diaz II, LLC

    j.    Gloria Diaz III, LLC

4. All claims by Americo against Barbara Eberle and Global Equities Preservation, Inc. are dismissed without prejudice.

5. All costs of court for the dismissed claims are taxed against the parties incurring same.

6. The dismissed claims are hereby severed from the remaining claims in this action, and this order shall be a final judgment with respect to the dismissed claims.

DATED: This 30th day of December, 2011.

_____
United States District Judge

**AGREED:**

/s/ Wesley J. Smith
_____
Wesley J. Smith,
Counsel for Plaintiffs Edwin Carton and
Lonnie Carton and the Gloria Diaz II, LLC


/s/ Roger B. Cowie
_____
Roger B. Cowie,
Counsel for Americo


/s/ Russell Howard
_____
Russell Howard,
Counsel for Gloria Diaz Rivera (individually
and as Trustee of the Gloria Diaz Rivera
Irrevocable Trust), Angelo Diaz Gonzalez,
Juan Ramon Rivera Cordero, and
the JRC Group Corp.


_____
Gil A. Diaz, individually and on behalf of
the Dr. Julio Gonzalez Medical Office Target
Benefit Pension Plan Trust and the Gloria
Diaz, LLC (*pro se*)


_____
Julio A. Gonzalez, individually and on behalf
of the Dr. Julio Gonzalez Medical Office Target
Benefit Pension Plan Trust and the Gloria Diaz,
LLC (*pro se*)

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169
Telephone: (702) 699-7500  Fax: (702) 699-7555

Signed this _____ day of _____, 2011.

_____
United States District Judge

**AGREED:**

_____
Wesley J. Smith,
Counsel for Plaintiffs Edwin Carton and
Lonnie Carton and the Gloria Diaz II, LLC

_____
Roger B. Cowie,
Counsel for Americo

_____
Russell Howard,
Counsel for Gloria Diaz Rivera (individually
and as Trustee of the Gloria Diaz Rivera
Irrevocable Trust), Angelo Diaz Gonzalez,
Juan Ramon Rivera Cordero, and
the JRC Group Corp.

_____/s/_____
Gil A. Diaz, individually and on behalf of
the Dr. Julio Gonzalez Medical Office Target
Benefit Pension Plan Trust and the Gloria
Diaz, LLC (*pro se*)

_____
Julio A. Gonzalez, individually and on behalf
of the Dr. Julio Gonzalez Medical Office Target
Benefit Pension Plan Trust and the Gloria Diaz,
LLC (*pro se*)

Signed this _____ day of _____, 2011.

_____
United States District Judge

**AGREED:**

_____
Wesley J. Smith,
Counsel for Plaintiffs Edwin Carton and
Lonnie Carton and the Gloria Diaz II, LLC

_____
Roger B. Cowie,
Counsel for Americo

_____
Russell Howard,
Counsel for Gloria Diaz Rivera (individually
and as Trustee of the Gloria Diaz Rivera
Irrevocable Trust), Angelo Diaz Gonzalez,
Juan Ramon Rivera Cordero, and
the JRC Group Corp.

_____
Gil A. Diaz, individually and on behalf of
the ~~Dr. Julio Gonzalez Medical~~ Office Target
Benefit Pension Plan Trust and the Gloria
Diaz, LLC (*pro se*)

_____
Julio A. Gonzalez, individually and on behalf
of the Dr. Julio Gonzalez Medical Office Target
Benefit Pension Plan Trust and the Gloria Diaz,
LLC (*pro se*)

*[signature]*

1    Lynn Brooks Crum, individually and on
2    behalf of the Gloria Diaz III, LLC (nonparty,
3    *pro se*)

_____

5    Barbara W. Eberle (*pro se*)

_____

7    Global Equity Preservation, Inc.
8    By: _____
      Name: _____
9    Title: _____

1  Lynn Brooks Crum, individually and on
2  behalf of the Gloria Diaz III, LLC (nonparty,
3  *pro se*)

4  *Barbara W. Eberle*
5  Barbara W. Eberle (*pro se*)

6
7  Global Equity Preservation, Inc.
8  By: _____
   Name: Robert Eberle
9  Title: President

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOLLEY URGA WIRTH WOODBURY & STANDISH
3800 Howard Hughes Parkway, 16th Floor, Las Vegas, Nevada 89169
Telephone: (702) 699-7500  Fax: (702) 699-7555