1  DOWNEY BRAND LLP
   JEFFREY S. GALVIN (Bar No. 10591)
2  MICHAEL D. KNOX (Bar No. 8143)
   100 W. Liberty Street, Suite 900
3  Reno, Nevada 89501
   Telephone: (775) 329-5900
4  Facsimile: (775) 786-5443
   reno@downeybrand.com
5
   Attorneys for Defendants
6  *Leon E. Dean, individually, and as alleged
   Trustee of the Leon E. Dean Irrevocable Life
7  Insurance Trust, and Wanda D. Dean,
   individually, and as alleged Trustee of the
8  Wanda D. Dean Irrevocable Life Insurance
   Trust*
9

10                    UNITED STATES DISTRICT COURT

11                      FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, an individual; LONNIE C. CARTON, an individual; KENNETH HUNTLEY II, LLC, a Nevada limited liability company; KENNETH HUNTLEY IV, LLC, a Nevada limited liability company; LEON DEAN II, LLC, a Nevada limited liability company; GLORIA DIAZ II, LLC, a Nevada limited liability company; THOMAS COLBERT V, LLC, a Nevada limited liability company; WANDA DEAN II, LLC, a Nevada limited liability company; SAMUEL DIGGLE II, LLC, a Nevada limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>B&B EQUITIES GROUP, LLC, a Nevada limited liability company a/k/a B and B Equities Group, LLC a/k/a B$B Equities Group, LLC; GLOBAL EQUITY PRESERVATION, INC., a Nevada corporation a/k/a Global Equities Preservation Trust a/k/a Global Equity Preservation Trust; et al.,<br><br>Defendants. | Case No. 2:11-cv-00746-RCJ-PAL<br><br>**MOTION FOR REMOVAL FROM ECF NOTICE LIST** |

27       DOWNEY BRAND LLP, counsel for Defendants Leon E. Dean, individually, and as
28  alleged Trustee of the Leon E. Dean Irrevocable Life Insurance Trust, and Wanda D. Dean,

1321906.1                                   1

individually, and as alleged Trustee of the Leon E. Dean Irrevocable Life Insurance Trust (hereinafter, the "Deans") hereby submit this *Motion for Removal from ECF Notice List*.

Plaintiffs and Deans entered into a confidential Settlement Agreement. The Deans filed their *Motion for Determination of Good Faith Settlement* (Doc 192) (the "Motion") on December 12, 2012. This Court entered its Order (Doc 243) granting that Motion on March 11, 2013. Based on the Order the Deans are no long active Defendants in this litigation and therefore counsel should be removed from the ECF notice list for this case.

DATED: June 21, 2013

DOWNEY BRAND LLP

By: _____
JEFFREY S. GALVIN (BAR #10591)
MICHAEL D. KNOX (BAR #8143)
Attorney for Defendants
*Leon E. Dean, individually, and as alleged Trustee of the Leon E. Dean Irrevocable Life Insurance Trust, and Wanda D. Dean, individually, and as alleged Trustee of the Wanda D. Dean Irrevocable Life Insurance Trust*

IT IS SO ORDERED this 28th day of June, 2013.

_____
Peggy A. Leen
United States Magistrate Judge

1321906.1

2