# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN CARTON, et al. | ) |
| Plaintiffs | ) Case No. 2:11-cv-00746-RCJ-PAL |
| vs. | ) **ORDER** |
| B&B EQUITIES GROUP, LLC, et al., | ) |
| Defendants. | ) |

Before the court is the parties' Joint Notice of Settlement (Dkt. #282) with regard to Plaintiffs and Defendants Aviva and American General. The parties indicate they have reached a settlement in this matter and request that the court stay the deadlines in this matter with regard to these parties to give them time to finalize the settlement agreement. Accordingly,

**IT IS ORDERED** that the parties shall file a stipulation to dismiss in this matter no later than **April 10, 2014**. Alternatively, if the parties do not file a stipulation to dismiss, they must file a joint status report indicating when the stipulation to dismiss will be filed.

Dated this 20th day of March, 2014.

Peggy A. Leen
United States Magistrate Judge