UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| EDWIN B. CARTON, *et al.*, | Case No. 2:11-cv-00746-RCJ-PAL |
| Plaintiffs, | ORDER |
| v. | (Jt Rqst Clarification – Dkt. #289) |
| B&B EQUITIES GROUP, LLC, *et al.*, | |
| Defendants. | |

Before the court is the parties' Joint Request for Clarification (Dkt. #289) filed April 9, 2014. The parties seek clarification with regard to whether or not the district judge's Order (Dkt. #286) entered March 26, 2014, supersedes the undersigned's Order (Dkt. #285) entered March 24, 2014. The answer is yes. Accordingly,

**IT IS ORDERED** that the parties' Joint Motion Request for Clarification (Dkt. #289) is **GRANTED** with this clarification provided.

Dated this 15th day of April, 2014.

_____
Peggy A. Leen
United States Magistrate Judge