ETHAN MCDANIEL
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, AL 35203-2618
Telephone:  205.254.1000
Facsimile:  205.254.1999

Attorney for Defendant AVIVA LIFE AND ANNUITY COMPANY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, *et al.*, <br><br>            Plaintiffs, <br><br>    vs. <br><br> B & B EQUITIES GROUP, LLC, *et al.*, <br><br>            Defendants. | CASE NO: 2:11-CV-00746-RCJ-PAL <br><br> **JOINT MOTION TO EXTEND THE DEADLINE TO PRODUCE SETTLEMENT DOCUMENTS AND FILE MOTIONS FOR GOOD FAITH SETTLEMENT DETERMINATION** <br><br> DATE: N/A <br><br> TIME: N/A |

      Plaintiffs Edwin B. Carton; Lonnie C. Carton; Kenneth Huntley II, LLC; Kenneth Huntley IV, LLC; Leon Dean II, LLC; Gloria Diaz II, LLC; Thomas Colbert V, LLC; Wanda Dean II, LLC; Samuel Diggle II, LLC (collectively "Plaintiffs"); Defendant Aviva Life and Annuity Company ("Aviva") and Defendant American General Life Insurance Company ("American General") (collectively, the "Parties"), by and through their attorneys, hereby submit this Joint Motion to Extend the Deadline to Produce Settlement Documents and File Motions For Good Faith Settlement Determinations, as well as the corresponding calendar call and trial date, stating as follows:

      1.    As noted previously, Plaintiffs have reached separate settlement agreements with Aviva and American General, respectively.  The respective settlement papers have been finalized and are awaiting execution.  Upon execution, Aviva and American General will file motions for good faith settlement determinations.

2.	On March 26, 2014, the Court entered a Minute Order scheduling the deadline to produce settlement documents and file motions for good faith settlement determinations as May 27, 2014. *See* Doc. 286. The Court further set the trial of this matter for June 16, 2014. *Id.*

3.	The Parties are still awaiting approval of Plaintiff Lonnie C. Carton's appointment as special administrator of the Estate of Edwin B. Carton, which must occur before Ms. Carton can execute the settlement documents. This approval is pending before the Honorable Patricia Gorman of the Middlesex County Probate and Family Court in Cambridge, Massachusetts. The parties are informed that the petition is before the Judge for final stages of review. Although the Court Clerk could not give a deadline, she estimates that the petition will be approved shortly and could be delivered to Mrs. Carton as early as next week (week of May 26. 2014). However, it is possible that approval will not be received until after the May 27, 2014 deadline to file motions for good faith settlement determinations.

4.	In light of the impending May 27, 2014 deadline, the Parties jointly file this Motion to Extend the Deadline to Produce Settlement Documents and File Motions for Good Faith Settlement Determinations and the corresponding trial date and calendar call by sixty days. The Parties expect that within the expiration of sixty days, the probate proceedings will have concluded, all settlement papers will have been executed, and all motions for good faith settlement determinations will have been filed.

5.	If granted, the deadline to produce settlement documents and file motions for good faith settlement determinations would be set for July 28, 2014. The Parties respectfully request that the trial of this matter and the corresponding calendar call be continued until dates subsequent to July 28, 2014.

6.	Plaintiffs further represent that Aviva and American General are the only defendants remaining in this case that are not in default. *See* Motion for Default Judgment [Doc 291] filed on April 25, 2014 and Stipulations for Dismissal with Prejudice [Docs. 292, 295, & 296] filed on May 19, 2014.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that this Court extend the deadline to produce settlement documents and file motions for good faith settlement

2

determinations, as well as the corresponding trial date, by sixty (60) days.

Dated: This 20th day of May, 2014.

**Attorneys for Plaintiffs**
CHRISTENSEN JAMES & MARTIN
By: */s/ Wesley J. Smith*
Wesley J. Smith, Esq.
Nevada Bar No. 11871

**Attorneys for American General Life Insurance Company**
LIONEL SAWYER & COLLINS
Charles H. McCrea, Esq.
Nevada Bar No. 104
-and-
EDISON, MCDOWELL & HETHERINGTON, LLP
By: */s/ David T. McDowell*
David T. McDowell, Esq.*
Jessica L. Wilson, Esq.*
*admitted pro hac vice*

**Attorneys for Aviva Life and Annuity Company**
MAYNARD COOPER & GALE, P.C.
By: _____
J. Ethan McDaniel, Esq.
*admitted pro hac vice*

ORDER

IT IS SO ORDERED this 2nd day of June, 2014.

_____
ROBERT C. JONES

3