# IN UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| EDWIN B. CARTON, *et al.*, | |
| Plaintiffs, | |
| v. | **CASE NO.: 2:11-cv-00746-RCJ-PAL** |
| B & B EQUITIES GROUP, LLC, *et al.*, | **ORDER** |
| Defendants. | (Mot. Good Faith Sett. – Dkt. #305) |

Before the Court is Defendant American General Life Insurance Company's Motion for Determination of Good Faith Settlement (Dkt. #305), filed on July 25, 2014. The motion was served on all of the parties remaining in the case. However, only Plaintiffs filed a Response, which was in support of the motion (Dkt. #307), and the time for filing a response has run. The Court held a hearing on the motion on December 18, 2014, at 10:00 A.M. Wesley Smith appeared on behalf of the Plaintiffs, and Charles McCrea appeared on behalf of American General Life Insurance Company.

In a prior Order (Dkt. #243), this Court outlined the facts and procedural history of this case and granted Leon and Wanda Dean's Motion for Determination of Good Faith Settlement (Dkt. #192), which need not be repeated in this Order. For the reasons set forth below, this Court finds that the motion should be granted.

1

No party has objected to the motion for determination of good faith settlement, and only Plaintiffs have responded by joining in the motion. The Court has reviewed the settlement agreement *in camera*. No party has requested to see a copy of the agreement in order to file a response to the motion. The settlement and release agreement contains standard terms and conditions of agreements of this nature. American General denies any liability and asserts it has good faith defenses but wishes to avoid litigation expenses. The settlement and release agreement specifically represents that the agreement constitutes the entire agreement of the parties and that there are no additional agreements or side deals, and the confidential settlement amount is fair and reasonable. Nothing in the court's review of the settlement agreement indicates that it was entered into for any improper purpose or to tortiously injure the interests of non-settling parties. The Court finds that, for all of the foregoing reasons,

**IT IS ORDERED** that:

1. The Motion for Determination of Good Faith Settlement (Dkt. #305) filed by Defendant American General Life Insurance Company is **GRANTED.**

2. The court's determination that the settlement is entered into in good faith affords the settling parties the protections of Nev. Rev. Stat. § 17.245.

Dated: This 6th day of January, 2015.

_____
Hon. Robert C. Jones
United States District Judge